IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GEORGE MILTON WHITE | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 4:12CV689 |
| | § | |
| AMERICAN DENTAL ASSOCIATION | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636.  On August 13, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the American Dental Association's Motion to Dismiss All Claims With Prejudice (Dkt. 18) be GRANTED.

The court has made a *de novo* review of the objections raised by Plaintiff, as well as Defendant's response, and is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit as to the ultimate findings of the Magistrate Judge.  The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Therefore, the American Dental Association's Motion to Dismiss All Claims With Prejudice (Dkt. 18) is GRANTED and a final judgment dismissing this action will be entered.

**IT IS SO ORDERED.**

SIGNED this the 25th day of November, 2013.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE